UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

ZACHARY JACKSON,

                               Plaintiff,

                                                                            5:25-CV-0350
v.                                                                            (GTS/TWD)

THOMAS LEONE; BRITTANY GROME
ANTONACCI; ROME CANZANO; and
MARK MOODY,

                               Defendants.
_____

APPEARANCES:

ZACHARY JACKSON
  Plaintiff, *Pro Se*
Cayuga County Jail
7445 County House Road
Auburn, New York 13021

GLENN T. SUDDABY, United States District Judge

## DECISION and ORDER

      Currently before the Court, in this *pro se* civil rights action filed by Zachary Jackson ("Plaintiff") against Thomas Leone, Brittany Grome Antonacci, Rome Canzano, and Mark Mooday ("Defendants") asserting a conspiracy claim under N.Y. Penal Law § 105.05(1), is United States Magistrate Judge Thérèse Wiley Dancks' Report-Recommendation recommending that Plaintiff's Complaint be dismissed for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B). (Dkt. No. 6.) Plaintiff has not filed an Objection to the Report-Recommendation, and the time in which to do so has expired. (*See generally* Docket Sheet.)

      After carefully reviewing the relevant papers herein, including Magistrate Judge Dancks'

thorough Report-Recommendation, the Court can find no clear error in the Report-Recommendation:[1] Magistrate Judge Dancks employed the proper standards, accurately recited the facts, and reasonably applied the law to those facts. As a result, the Report-Recommendation is accepted and adopted in its entirety for the reasons stated therein.

**ACCORDINGLY**, it is

**ORDERED** that Magistrate Judge Dancks' Report-Recommendation (Dkt. No. 6) is **ACCEPTED** and **ADOPTED** in its entirety; and it is further

**ORDERED** that Plaintiff's Complaint (Dkt. No. 1) **shall be DISMISSED with prejudice** and without further Order of this Court, **UNLESS, within THIRTY (30) DAYS** of the entry of this Decision and Order, Plaintiff files an Amended Complaint which corrects the pleading defects identified in Magistrate Judge Dancks' Report-Recommendation; and it is further

**ORDERED** that, should Plaintiff file an Amended Complaint within the above-stated thirty-day time period, the Amended Complaint shall be returned to Magistrate Judge Dancks for review.

Dated: July 17, 2025
      Syracuse, New York

Glenn T. Suddaby
U.S. District Judge

---

[1] When no objection is made to a report-recommendation, the Court subjects that report-recommendation to only a clear error review. Fed. R. Civ. P. 72(b), Advisory Committee Notes: 1983 Addition. When performing such a "clear error" review, "the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Id.*; *see also Batista v. Walker*, 94-CV-2826, 1995 WL 453299, at *1 (S.D.N.Y. July 31, 1995) (Sotomayor, J.) ("I am permitted to adopt those sections of [a magistrate judge's] report to which no specific objection is made, so long as those sections are not facially erroneous.") (internal quotation marks omitted).